Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC., FIDELITY
NATIONAL TITLE INSURANCE COMPANY, CHICAGO
TITLE INSURANCE COMPANY, and CHICAGO TITLE OF
NEVADA, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>　　　　　　Defendants. | Case No.: 2:21-CV-00971-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

COMES NOW defendants Fidelity National Title Group, Inc. ("FNTG"), Fidelity National Title Insurance Company ("Fidelity"), Chicago Title Insurance Company ("Chicago Title") and Chicago Title of Nevada, Inc. ("Chicago Agency") (collectively "Defendants") and plaintiff Bank of America, N.A. ("BANA"), by and through their respective attorneys of record, which hereby

agree and stipulate as follows:

1. On May 19, 2021 BANA filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On May 20, 2021, Chicago Title removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. Chicago Agency's response to BANA's complaint is currently due on June 24, 2021, Chicago Title and Fidelity's responses are currently due on June 28, 2021, while FNTG's response is currently due on June 29, 2021;

4. Counsel for Defendants request a 30-day extension for FNTG (35 days for Chicago Agency and 31 days for Chicago Title and Fidelity) through and including Thursday, July 29, 2021 for Defendants to file their respective responses to BANA's complaint to afford Defendants' counsel additional time to review and respond to BANA's complaint.

5. Counsel for BANA does not oppose the requested extension;

6. This is the first request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

7. This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//
//
//



**IT IS SO STIPULATED** that Defendants' respective deadlines to respond to the complaint are hereby extended through and including Thursday, July 29, 2021.

Dated: June 23, 2021                SINCLAIR BRAUN LLP


By:  */s/-Kevin S. Sinclair*
   KEVIN S. SINCLAIR
   Attorneys for Defendants
   FIDELITY NATIONAL TITLE GROUP,
   INC., FIDELITY NATIONAL TITLE
   INSURANCE COMPANY, CHICAGO
   TITLE INSURANCE COMPANY and
   CHICAGO TITLE OF NEVADA, INC.

Dated: June 23, 2021                WRIGHT FINLAY & ZAK, LLP


By:  */s/-Darren T. Brenner*
   DARREN T. BRENNER
   Attorneys for Plaintiff
   BANK OF AMERICA, N.A.

**IT IS SO ORDERED.**

   Dated this  23rd  day of    June   , 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

