Scott E. Gizer, Esq., Nevada Bar No. 12216
　*sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
　*slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
　GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
　*ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE INSURANCE COMPANY and
CHICAGO TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., ET AL.,<br><br>　　　　　Defendants. | Case No.: 2:21-CV-00971-GMN-EJY<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO REMAND MOTION (ECF NO. 7) AND MOTION FOR FEES (ECF NO. 8)** |

　　　Plaintiff Bank of America, N.A. ("BANA") and defendants Fidelity National Title Insurance Company ("FNTIC") and Chicago Title Insurance Company ("CTIC"), by and through their undersigned counsel, stipulate and agree as follows, subject to the approval of the Court:

　　　1.　　On May 19, 2021, BANA filed its Complaint in the Eighth Judicial District Court,



1. Case No. A-21-834935-C [ECF No. 1-1];

2. On May 20, 2021, FNTIC and CTIC filed a Petition for Removal to this Court [ECF No. 1];

3. On June 21, 2021, BANA filed a Motion for Remand [ECF No. 7] and Motion for Costs and Fees [ECF No. 8];

4. FNTIC's and CTIC's current deadline to respond to these motions is July 6, 2021;

5. FNTIC and CTIC are requesting a 30-day extension of their deadline to respond to these motions, through and including August 5, 2021;

6. BANA does not oppose the requested extension;

7. This is the first request for an extension which is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that FNTIC's and CTIC's deadline to respond to BANA's Motion for Remand [ECF No. 7] and Motion for Costs and Fees [ECF No. 8] is hereby extended through and including August 5, 2021.

Dated: July 1, 2021         WRIGHT, FINLAY & ZAK

                            By: _/s/-Darren T. Brenner_
                                DARREN T. BRENNER
                                Attorneys for Plaintiff
                                BANK OF AMERICA, N.A.

Dated: July 1, 2021         SINCLAIR BRAUN LLP

                            By: _/s/-Kevin S. Sinclair_
                                KEVIN S. SINCLAIR
                                Attorneys for Defendants
                                FIDELITY NATIONAL TITLE INSURANCE
                                COMPANY and CHICAGO TITLE
                                INSURANCE COMPANY

**IT IS SO ORDERED** *nunc pro tunc*.

Dated this __7__ day of July, 2021.

                            _____
                            Gloria M. Navarro, District Judge
                            United States District Court



2

**STIPULATION TO STAY CASE PENDING *WELLS FARGO II* APPEAL**