Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY, CHICAGO TITLE INSURANCE COMPANY, and CHICAGO TITLE OF NEVADA, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>              Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>              Defendants. | Case No.: 2:21-CV-00971-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**SECOND REQUEST** |

      COMES NOW defendants Fidelity National Title Group, Inc. ("FNTG"), Fidelity National Title Insurance Company ("Fidelity"), Chicago Title Insurance Company ("Chicago Title") and Chicago Title of Nevada, Inc. ("Chicago Agency") (collectively "Defendants") and plaintiff Bank of America, N.A. ("BANA"), by and through their respective attorneys of record, which hereby

agree and stipulate as follows:

1. On May 19, 2021 BANA filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On May 20, 2021, Chicago Title removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. On June 23, 2020, the Court granted the Parties first stipulation extending the time for Defendants to respond to the complaint until July 29, 2021 (ECF No. 10);

4. Counsel for Defendants request a 32-day extension, through and including Monday, August 31, 2021 for Defendants to file their respective responses to BANA's complaint to afford Defendants' counsel additional time to review and respond to the allegations of BANA's complaint.

5. Counsel for BANA does not oppose the requested extension;

6. This is the second request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

7. This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//
//
//
//



**IT IS SO STIPULATED** that Defendants' respective deadlines to respond to the complaint are hereby extended through and including Monday, August 31, 2021.

Dated: July 27, 2021                              SINCLAIR BRAUN LLP


By:  */s/-Kevin S. Sinclair*
    KEVIN S. SINCLAIR
    Attorneys for Defendants
    FIDELITY NATIONAL TITLE GROUP,
    INC., FIDELITY NATIONAL TITLE
    INSURANCE COMPANY, CHICAGO
    TITLE INSURANCE COMPANY and
    CHICAGO TITLE OF NEVADA, INC.

Dated: July 27, 2021                              WRIGHT FINLAY & ZAK, LLP


By:  */s/-Christina V. Miller*
    CHRISTINA V. MILLER
    Attorneys for Plaintiff
    BANK OF AMERICA, N.A.

**IT IS SO ORDERED.**

Dated this 27th day of July, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

